UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/21/14____
```

-------------------------------------------------------------------X
                                                    :
HLP PROPERTIES, LLC, et al.,                        :
                                                    :
                                Plaintiffs,         :        14 Civ. 01383 (LGS)
                    -v-                              :
                                                    :        CIVIL CASE
CONSOLIDATED EDISON COMPANY OF NEW                   :        MANAGEMENT PLAN
YORK, INC.,                                          :        AND SCHEDULING
                                Defendant.          :        ORDER
                                                    X
-------------------------------------------------------------------

LORNA G. SCHOFIELD, United States District Judge:

     This Civil Case Management Plan is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

1.     All parties [consent _____ / do not consent __X___] to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. *[If all parties consent, the remaining paragraphs need not be completed.]*

2.     The parties [have __X___ / have not _____] conferred pursuant to Fed. R. Civ. P. 26(f).

3.     This case is governed by one of the following sets of rules and the parties' proposed dates in this order have been adjusted accordingly.

    a.     An employment case governed by the Initial Discovery Protocols for Employment cases? http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=713. [Yes _____ / No __X___]

    b.     A § 1983 case governed by the Plan for Certain § 1983 Cases Against the City of New York? http://www.nysd.uscourts.gov/rules/1983%20Revised%20Plan%20and%20Exhibits.11.22.2013.pdf. [Yes _____ / No __X___]

    c.     A complex case, designated as such on the docket sheet, subject to the Case Management Techniques for Complex Cases? http://www.nysd.uscourts.gov/rules/Complex_Civil_Rules_Pilot.pdf. [Yes __X___ / No _____]

Revised April 2, 2014

        d.        A patent case subject to the Local Patent Rules?
http://www.nysd.uscourts.gov/rules/Standing_Order_In_re_Local_Patent_Rules.pdf.  [Yes _____ / No ___X___]

4.        Alternative Dispute Resolution/Settlement

        a.        Settlement discussions [have ___X___ / have not _____] taken place.

        b.        Counsel for the parties have discussed an informal exchange of information in aid of early settlement and have agreed to exchange the following:

                _____
                _____
                _____

        c.        Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case:  (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and (iii) retention of a private mediator.  Counsel for the parties propose the following alternate dispute resolution mechanism for this case:

                _____
                _____
                _____

        d.        Counsel for the parties recommend that the alternate dispute resolution mechanism designated in paragraph 4(b) be employed at the following point in the case (*e.g.*, within the next 60 days; after the deposition of plaintiff is completed (specify date); after the close of fact discovery):

                _____
                _____
                _____

        e.        The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

5.        No additional parties may be joined after _____ without leave of Court.

6.        Amended pleadings may be filed without leave of Court until _____May 19, 2014_____.

7.        Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed no later than _____ days from the date of this Order.  *[Within 14 days of the parties' Rule 26(f) conference, absent exceptional circumstances.]*

8.        Fact Discovery

    a.      All fact discovery shall be completed no later than ___December 24, 2014_____.  *[A period not to exceed 120 days, unless the Court finds that the case presents unique complexities or other exceptional circumstances.]*

    b.      Initial requests for production of documents pursuant to Fed. R. Civ. P. 34 shall be served by _____June 20, 2014.  The Parties shall meet and confer no later than July 7, 2014.  The Parties shall enter into any stipulations regarding discovery no later than July 28, 2014.  Document production shall be completed by September 26, 2014.

    c.      Interrogatories pursuant to Fed. R. Civ. P. 33 shall be served by _____.

    d.      Depositions pursuant to Fed. R. Civ. P. 30, 31 shall commence no later than October 27, 2014, and be completed by ___December 24, 2014_____.

    e.      Requests to admit pursuant to Fed. R. Civ. P. 36 shall be served by _____.

    f.      Any of the deadlines in paragraphs 8(b) through 8(e) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 8(a).

9.      Expert Discovery [if applicable]

    a.      Anticipated types of experts if any: _Expert on CERCLA response costs and tax, expert on real estate valuation _____

    b.      All expert discovery shall be completed no later than _March 2, 2015_____. *[Within 45 days from the date in paragraph 8(a), i.e., the completion of all fact discovery, absent exceptional circumstances.]* Omit unless types of experts are identified.

    c.      By _November 24, 2014____ *[no later than one month before the date in paragraph 8(a), i.e., the completion of all fact discovery]* the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) expert report(s) of the party with the burden *of* proof shall be due before those of the opposing party's expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 9(a).

10.     By __January 7, 2015_____ *[14 days after the close of fact discovery]*, all counsel must confer to discuss settlement and jointly advise the Court in writing whether they request a referral for settlement discussions as provided in Paragraph 4(c) above.

11.    A Case Management Conference shall be held on  March 16, 2015 at  10:30 A.M. *[ordinarily 14 days after the close of discovery]*.  The conference will serve either as a pre-motion conference for any party seeking to file a summary judgment motion, or a scheduling conference for trial.

    a.    A party wishing to file a summary judgment motion shall file a pre-motion letter, and any party wishing to oppose also shall file a letter at the times and in the form provided in the Court's Individual Rule III.A.1.  The Court will set the briefing schedule at the conference.   The Court will set a firm trial date after a decision on any summary judgment motion.

    b.    If no pre-motion letters are timely filed, at the Case Management Conference, the Court will set dates for a final pre-trial order, other pre-trial submissions, a final pre-trial conference and trial.  The trial date will be firm.

12.    This case [is _____ / is not _____] to be tried to a jury.

13.    Counsel for the parties have conferred and their present best estimate of the length of trial is _____ one week_____.

14.    A status conference will be held on August 13, 2014 at 10:30 a.m. and November 13, 2014 at 10:30 a.m.

15.    The parties shall submit a status letter on July 21, 2014, September 19, 2014, November 18, 2014, January 19, 2015, and March 20, 2015 _____.

16.    Other issues to be addressed at the Initial Pretrial Conference, including those set forth in Fed. R. Civ. P. 26(f)(3), are set forth below.

_____

_____

_____

_____

This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown.  Any application to modify or extend the dates herein (except as provided in paragraph 8(f)) shall be made in a written application in accordance with the Court's Individual Rules and shall be made no less than 2 business days prior to the expiration of the date sought to be extended.


SO ORDERED.


Dated:  May 21, 2014_____
         New York, New York

                                              _____
                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**


Counsel for the Parties:


_____          _____


_____          _____


_____          _____