UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HLP PROPERTIES, LLC; WEST 17TH PROPERTY, LLC; WEST 58TH STREET MINI STORAGE CORP.; and PLH ENTERPRISES, INC.

       *Plaintiffs*,

    v.

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

       *Defendant*.

No. 14-CV-1383 (LGS)

---

### NOTICE OF MOTION OF CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. TO DISQUALIFY <u>GIBSON DUNN & CRUTCHER LLP</u>

    PLEASE TAKE NOTICE that upon Defendant's Motion To Disqualify Gibson Dunn & Crutcher LLP and the Declarations of Thomas J. Kavaler, Elizabeth D. Moore, Charles E. McTiernan, Jr., Carole Sobin, Eugene McGrath, Kevin Burke, Michael A Wilcken, and the Joint Declaration of Peter P. Garam & Carolyn W. Jaffe, and the exhibits attached thereto, Defendant Consolidated Edison Company of New York, Inc. will move, by and through its undersigned attorneys, before the Honorable Lorna G. Schofield, United States District Judge at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1106, New York, New York 10007, on such date and time as the Court determines, for an order disqualifying the law firm of Gibson Dunn & Crutcher LLP.

Dated: New York, New York
    August 27, 2014

                CAHILL GORDON & REINDEL LLP

                By: _/s/Thomas J. Kavaler_____

    Peter P. Garam        Thomas J. Kavaler

| | |
|---|---|
| Carolyn W. Jaffe | Sogol D. Somekh |
| Consolidated Edison Company | Cahill Gordon & Reindel LLP |
| of New York, Inc. | 80 Pine Street |
| 4 Irving Place | New York, NY 10005 |
| New York, NY 10003 | (212) 701-3000 |
| (212) 460-2985 | |

*Attorneys for Defendant*