AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| HLP Properties, LLC, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 14-cv-1383 (LGS) |
| Consolidated Edison Company of New York, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Consolidated Edison Company of New York, Inc.

Date:   11/04/2014

s/David R. Owen
*Attorney's signature*

David R. Owen DO1510
*Printed name and bar number*

Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY  10005
*Address*

dowen@cahill.com
*E-mail address*

(212) 701-3000
*Telephone number*

(212) 269-5420
*FAX number*