AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| HLP Properties, LLC, et al. <br> *Plaintiff* <br> v. <br> Consolidated Edison Company of New York, Inc. <br> *Defendant* | Case No. 14-cv-1383 (LGS) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Consolidated Edison Company of New York, Inc.

Date: 11/05/2014

s/Philip E. Karmel
*Attorney's signature*

Philip E. Karmel PK2706
*Printed name and bar number*

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
*Address*

pekarmel@bryancave.com
*E-mail address*

(212) 541-2311
*Telephone number*

(212) 541-1413
*FAX number*