```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HLP PROPERTIES, LLC, et al.,                                :
                              Plaintiffs,                   :
                                                            :       14 Civ. 1383 (LGS)
            -against-                                       :
                                                            :       ORDER
CONSOLIDATED EDISON COMPANY OF                              :
NEW YORK, INC.,                                             :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by cover letter filed via Chambers email on May 1, 2015, the parties requested that the deadline for submitting proposed redactions to their respective submissions in connection with Plaintiffs' Motion for Partial Judgment on the Pleadings be extended to May 11, 2015; it is hereby

**ORDERED** that the parties' application is GRANTED.

Dated: May 5, 2015
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE