UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/15
```

-----------------------------------------------------------X
                                                           :
HLP PROPERTIES, LLC, et al.,                               :
                                        Plaintiffs,        :
                                                           :          14 Civ. 1383 (LGS)
              -against-                                     :
                                                           :              ORDER
CONSOLIDATED EDISON COMPANY OF                             :
NEW YORK, INC.,                                            :
                                        Defendant.         :
                                                           :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by Order dated April 21, 2015, Plaintiffs were required to submit to the court

*in camera* and *ex parte* by May 4, 2015, 10 documents related to their environmental consultant

(the "Consultant") (the "Consultant Documents") with an explanation as to why each document is

privileged;

       WHEREAS, Plaintiffs timely submitted the Consultant Documents to the Court along

with an *ex parte* and *in camera* letter dated May 4, 2015, explaining the basis for Plaintiffs'

privilege claims ("Plaintiffs' May 4 letter");

       WHEREAS, Plaintiffs' May 4 letter stated that 5 of the 10 Consultant Documents had

been produced to Defendant as not privileged and that 3 additional Consultant Documents would

be produced in redacted form to Defendant;

       WHEREAS, by letter dated May 6, 2015, Defendant asserted that Plaintiffs' conduct

amounted to a privilege waiver, requested leave to move for sanctions, and requested that

Plaintiffs be ordered to provide Defendant with a copy of Plaintiffs' May 4 letter at least insofar

as that letter related to the five documents that had been produced as not privileged;

       WHEREAS, by letter dated May 7, 2015, Plaintiffs responded to Defendant's May 6

letter, stating they were re-examining their privilege log entries involving the Consultant;

WHEREAS, by letter dated May 7, 2015, Defendant replied that Plaintiffs had sent them Part IV of Plaintiffs' May 4 letter.  It is hereby

**ORDERED** that, by **May 14, 2015**, Plaintiffs shall produce to Defendant the redacted documents identified in Parts II and III of Plaintiffs' May 4, 2015 letter.  It is further

**ORDERED** that, by **May 14, 2015**, Plaintiffs shall provide Defendant with a redacted version of Plaintiffs' May 4 letter with a copy emailed to the Court but not filed on ECF. Plaintiff may redact only privileged information that has not been intentionally disclosed to Defendant.  It is further

**ORDERED** that, by **May 14, 2015**, Plaintiffs shall file a letter application proposing a date by which they must complete their re-examination of the Consultant Documents and produce the additional documents from that review.  Within **two business days** of completing this re-examination of the Consultant Documents, Plaintiffs shall promptly file a letter reporting the results of the re-examination.  It is further

**ORDERED** that, by **May 14, 2015**, Defendant shall identify 10 documents from Plaintiffs' privilege logs that do <u>not</u> relate to the Consultant.  By **May 20, 2015**, Plaintiffs shall submit these 10 documents to the Court *in camera* and *ex parte*, with an explanation as to why each document is privileged.

Dated: May 11, 2015
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**