GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Jennifer H. Rearden
Direct: +1 212.351.4057
Fax: +1 212.351.5284
JRearden@gibsondunn.com

Client: 26313-00016

May 14, 2015

VIA ECF

The Honorable Lorna G. Schofield
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *HLP Props., LLC, et al v. Consol. Edison Co. of N.Y., Inc.*, No. 14-CV-1383 (LGS)

Dear Judge Schofield:

I write pursuant to Your Honor's order of May 11, 2015 (Dkt. 256), which directed Plaintiffs to "propos[e] a date by which they must complete their re-examination of the Consultant Documents and produce the additional documents from that review." Plaintiffs propose completing the re-examination of the Consultant Documents and any related document production by May 25, 2015.

Respectfully,
/s/ Jennifer H. Rearden
Jennifer H. Rearden


cc:  All counsel of record