UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
HLP PROPERTIES, LLC, et al.,                                  :
                            Plaintiffs,   :
:     14 Civ. 1383 (LGS)
              -against-                               :
:     ORDER
CONSOLIDATED EDISON COMPANY OF                                :
NEW YORK, INC.,                                               :
                            Defendant.    :
:
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/15

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by cover letters filed via Chambers email on May 12 and 13, 2015, Defendant submitted letters proposing certain redactions.

      WHEREAS, by cover letter filed via Chambers email on May 18, 2015, Defendant submitted a letter (*i*) seeking to compel Plaintiffs to produce in un-redacted form a "Bid Results" document, which was attached in excerpted and redacted form as Exhibit A to Defendant's letter; (*ii*) seeking full discovery of Plaintiffs' documents on the bids received and marketing information relating to the sale of the site; (*iii*) seeking discovery of the buyer and other bidders to determine how they valued their bids; and (*iv*) requesting guidance from Plaintiffs and the Court as to what redactions, if any, should be applied to their submission.

      WHEREAS, by cover letter filed via Chambers email on May 18, 2015, Plaintiffs submitted a letter (*i*) requesting that Defendant's application for additional discovery in Defendant's May 18 letter be denied and (*ii*) proposing certain redactions to Plaintiffs' submission.

      WHEREAS, by cover letter filed via Chambers email on May 20, 2015, Defendant submitted a letter (*i*) requesting that it be relieved of its obligations under Paragraph 20(c) of the Protective Order so ordered on October 20, 2014, which requires prompt destruction or return of

clawed back documents and prohibits further use of such documents; and (*ii*) requesting that Plaintiffs be found to have waived privilege with respect to the Langan documents or, in the alternative, requesting that the entire set of Langan documents withheld as privileged be reviewed by a magistrate judge or special master at Plaintiffs' expense.  It is hereby

**ORDERED** that, by **May 22, 2015**, Plaintiffs shall submit an un-redacted copy of the "Bid Results" document to the Court *in camera* and *ex parte*.  It is further

**ORDERED** that, by **May 26, 2015**, Plaintiffs shall submit their privilege logs to the Court via Chambers inbox, copying Defendant.  The privilege logs shall be in Excel format and shall indicate (*i*) the 20 documents that have been previously selected by Defendant and produced for *in camera* review, (*ii*) the Langan documents that are being re-reviewed, and (*iii*) the documents that are no longer claimed as privileged.  It is further

**ORDERED** that Defendant's request to be relieved of their obligations under Paragraph 20(c) of the Protective Order is DENIED.  It is further

**ORDERED** that Defendant's remaining applications are DENIED.  The Court will consider appropriate remedies, if any, after reviewing the materials requested above.  It is further

**ORDERED** that, by **May 26, 2015**, Plaintiffs shall file a letter that explains (*i*) what redactions, if any, it seeks for Defendant's letters referenced above; and (*ii*) why any proposed redaction to the letters referenced above should be granted.  For redactions related to the sale of the site, Plaintiffs shall explain why the proposed redactions contain "sensitive information" that, if disclosed, could subject "Plaintiffs to substantial harm."

Dated: May 20, 2015
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**