# CAHILL GORDON & REINDEL LLP
### EIGHTY PINE STREET
### NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| FLOYD ABRAMS | BART FRIEDMAN | TELEPHONE: (212) 701-3000 | ALIZA R. LEVINE | JONATHAN A. SCHAFFZIN |
| L. HOWARD ADAMS | CIRO A. GAMBONI | WWW.CAHILL.COM | JOEL H. LEVITIN | JOHN SCHUSTER |
| ROBERT A. ALESSI | CHARLES A. GILMAN | | GEOFFREY E. LIEBMANN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | JASON M. HALL | 1990 K STREET, N.W. | ANN S. MAKICH | DARREN SILVER |
| ANIRUDH BANSAL | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | JONATHAN I. MARK | HOWARD G. SLOANE |
| LANDIS C. BEST | CRAIG M. HOROWITZ | (202) 862-8900 | BRIAN T. MARKLEY | JOSIAH M. SLOTNICK |
| BRADLEY J. BONDI | DOUGLAS S. HOROWITZ | | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| SUSAN BUCKLEY | TIMOTHY B. HOWELL | | NOAH B. NEWITZ | SUSANNA M. SUH |
| KEVIN J. BURKE | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | MICHAEL J. OHLER | ANTHONY K. TAMA |
| JAMES J. CLARK | ELAI KATZ | 24 MONUMENT STREET | ATHY A. O'KEEFFE | JONATHAN D. THIER |
| BENJAMIN J. COHEN | THOMAS J. KAVALER | LONDON EC3R 8AJ | DAVID R. OWEN | JOHN A. TRIPODORO |
| SEAN M. DAVIS | BRIAN S. KELLEHER | +44 (0)20 7920 9800 | JOHN PAPACHRISTOS | GLENN J. WALDRIP, JR. |
| STUART G. DOWNING | DAVID N. KELLEY | | LUIS R. PENALVER | HERBERT S. WASHER |
| ADAM M. DWORKIN | RICHARD KELLY | | KIMBERLY PETILLO-DÉCOSSARD | MICHAEL B. WEISS |
| ANASTASIA EFIMOVA | CHÉRIE R. KISER* | WRITER'S DIRECT NUMBER | MICHAEL W. REDDY | S. PENNY WINDLE |
| JENNIFER B. EZRING | EDWARD P. KRUGMAN | | JAMES ROBINSON | DAVID WISHENGRAD |
| JOAN MURTAGH FRANKEL | JOEL KURTZBERG | | THORN ROSENTHAL | COREY WRIGHT |
| JONATHAN J. FRANKEL | MARC R. LASHBROOK | | TAMMY L. ROY | JOSHUA M. ZELIG |
| | | 212-701-3406 | | DANIEL J. ZUBKOFF |

*ADMITTED IN DC ONLY

May 27, 2015

Re:  *HLP Properties, LLC, et al. v. Consolidated Edison Company of New York, Inc*. Docket No. 14-CV-1383(LGS)

Dear Judge Schofield:

      I write with regard to Plaintiffs' report on their most recent re-examination of their privilege logs.

      Mr. Mastro's May 26 letter to Your Honor (received by us at 11:43 PM) reports that Plaintiffs have completed their "'re-examination of the Consultant Documents' (referred to here as 'the Langan-related documents') that both appeared on Plaintiffs' privilege log and were produced to Con Edison during discovery" and, further, announces that Plaintiffs "are continuing to search the rest of Plaintiffs' privilege log for any other entries reflecting documents that have already been produced to Con Edison."

      Let me be as clear as I know how to be: this is the wrong search. Although the results to date show how reckless Plaintiffs' log listings were, their efforts fail to address the more serious problem of whether the thousands of documents remaining on their log are privileged. The question is *not* merely whether Plaintiffs both claimed a document was privileged and simultaneously claimed it was not (although that is part of the problem). That is specious. What Plaintiffs should have done with regard to the Langan documents, and should be doing with regard to the non-Langan documents, is search their privilege log, item by item, to locate each and every item thereon over which they claimed a privilege that is not a privileged document.

                                                                               Respectfully submitted,
                                                                               /s/ Thomas J. Kavaler
                                                                               Thomas J. Kavaler

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>VIA ECF</u>
cc:  Counsel of record