GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Jennifer H. Rearden
Direct: +1 212.351.4057
Fax: +1 212.351.5284
JRearden@gibsondunn.com

Client: 26313-00016

June 12, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/15

VIA ECF

The Honorable Lorna G. Schofield
U.S. District Court, Sourthern District of New York
40 Foley Square
New York, NY 10007

Re:   HLP Props., LLC, et al v. Consol. Edison Co. of N.Y., No. 14-CV-1383 (LGS)

Dear Judge Schofield:

In accordance with the Court's June 2, 2015 order (Dkt. 275), the parties in the above-referenced action submit this joint letter to report that they have reached an agreement on "a proposed expert discovery schedule, including deadlines for reports, production of underlying documents, depositions, and final completion of expert discovery," as follows:

1. Following completion of Plaintiffs' remaining productions relating to the privilege re-review process on June 30, a period of 35 days will be provided for Con Edison to complete its review of Plaintiffs' recent productions, from Wednesday, July 1 to Wednesday, August 5.

2. Each party's initial expert reports (i.e., reports directed to issues upon which that party bears the burden of proof) shall be filed within 15 days after the conclusion of Con Edison's review period, i.e., on or before Thursday, August 20. Supporting materials will be served within 4 days after service of reports (i.e., by Monday, August 24).

3. Rebuttal reports shall be filed within 25 days after the deadline for service of expert reports, i.e., on or before Monday, September 14. Supporting materials will be served within 3 days after service of reports (i.e., by Thursday, September 17).

4. All expert depositions shall be completed within 24 days after the deadline for service of rebuttal reports, i.e., by Thursday, October 8.

The parties respectfully request that the Court so-order this proposed schedule.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/Jennifer H. Rearden
Randy M. Mastro (RM 9492)
Jennifer H. Rearden (JR 2552)
200 Park Avenue, 47th Floor
New York, New York 10166-0193

Application GRANTED. Any of the deadlines in paragraphs 2 and 3 above may be altered by the written consent of all parties without application to the Court, provided that all expert discovery is completed by October 8, 2015.
Dated:  June 15, 2015
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Beijing • Brussels • Century City • Dallas • Denver
New York • Orange County • Palo Alto • Paris • Sar

Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Plaintiffs*


CAHILL GORDON & REINDEL LLP

By: /s/Thomas J. Kavaler
Thomas J. Kavaler (TK 8517)
David R. Owen (DO 1510)
Sogol D. Somekh (SS 6798)
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Attorneys for Defendant*