UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
HLP PROPERTIES, LLC, et al.,                  :
                         Plaintiffs,   :
:      14 Civ. 1383 (LGS)
          -against-          :
:      ORDER
CONSOLIDATED EDISON COMPANY OF   :
NEW YORK, INC.,                               :
                         Defendant.   :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/15

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by cover letter submitted via Chambers email on June 26, 2015, Defendant asserted that "Plaintiffs have not carried their burden of claiming privilege" over documents relating to Paul Hastings and made various applications;

      WHEREAS, Individual Rule III.A.1 provides that a response to a letter motion shall be submitted within seven business days after receipt of the letter;

      WHEREAS, Plaintiffs have not filed a response; it is hereby

      **ORDERED** that Plaintiffs shall submit a response to Defendant's letter by **July 10, 2015**.

Dated: July 6, 2015
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**